UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN SANDLER,

     Plaintiff,

    v.

ANTONY BLINKEN, Secretary of State,

     Defendant.

Civil Action No. 21-2226 (ZMF/DLF)

## **SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney David S. Bettwy and remove the appearance of Assistant United States Attorney Christina O'Tousa as counsel for Defendant in the above-captioned case.

Dated: August 1, 2025

Respectfully submitted,

By: _____ */s/ David Bettwy* _____
David Shea Bettwy, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410

*Attorney for the United States of America*